UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dennis N Nesbitt, Damika D Nesbitt<br><br>　　　　　　　　　　Debtors(s) | |
| Nissan Motor Acceptance Corporation<br>　　　　　　　　　　Movant<br><br>　　　　v.<br><br>Dennis N Nesbitt, Damika D Nesbitt<br>　　　　　　　　　　Respondent<br><br>　　　　and<br>Scott F. Waterman<br>　　　　　　　　　　Additional Respondent | BK NO. 19-11014-amc<br><br>CHAPTER 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Nissan Motor Acceptance Corporation has filed a Motion for Relief from Automatic Stay, with the court for Relief from the automatic stay of 11 U.S.C. §362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before January 6, 2021 you or your attorney must do <u>all</u> of the following:
   a. File an answer explaining your position at:
      United States Bankruptcy Court
      Robert NC Nix Sr. Federal Courthouse 900 Market Street
      Philadelphia, PA 19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   b. Mail a copy to the Movant's attorney
      Robert P Wendt, Esquire
      Leopold & Associates, PLLC
      80 Business Park Drive, Suite 110
      Armonk, NY 10504

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.
3. A hearing on the motion is scheduled to be held before the Honorable Ashely M Chan, the United States Bankruptcy Judge, in at the United States Bankruptcy Court, Robert NC Nix Sr. Federal Courthouse 900 Market Street, Philadelphia, PA 19107 on **January 13,**

    **2021 at 11:00 am** or as soon thereafter as counsel can be heard, to consider the motion.
4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b)
5. You may contact the Bankruptcy Clerk's office at (215) 408-2845 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 23, 2020

                                                  /s/ *Robert P Wendt*,_____
                                                  By: Robert P Wendt, Esquire
                                                  Attorney ID No. 89150
                                                  Leopold & Associates, PLLC
                                                  80 Business Park Drive, Suite 110
                                                  Armonk, New York 10504
                                                  (914)-219-5787
                                                  Attorney for Movant