IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DENNIS N. NESBITT and,<br>DAMIKA D. NESBITT,<br><br>      Debtors,<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION,<br><br>      Movant,<br><br>  V.<br>DENNIS N. NESBITT,<br>DAMIKA D. NESBITT and,<br>SCOTT F. WATERMAN, Trustee<br><br>      Respondents. | Bankruptcy No.  19-11014-amc<br><br>Chapter 13<br><br><br>Doc. No.  60, 61 |

## CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1.      Nissan Motor Acceptance Corporation, (the "Movant"), filed a Stipulation Resolving *the*

*Motion for Relief from the Automatic Stay as to the 2014 Infiniti QX60 , VIN: 5N1AL0MM7EC535529*

(the "Stipulation") in the above captioned case on February 8, 2021, at Document No. 60. The Stipulation

was approved by this Court on February 9, 2021, by the Order docketed at Document No. 61.  A true and

correct copy of the Stipulation is attached hereto as **Exhibit A**.

The Stipulation Resolving Motion for Relief from the Automatic Stay (the "Stipulation") states:
As of the date of this Stipulation, the post-petition arrearages in the Motion for Relief from Stay
have been cured.

Debtors shall remain current with their post-petition monthly payment under the Agreement in
the amount of $740.89 going forward, with further monthly payments to be made on or before the
17th of each month.

Payments are to be made to:

Nissan Motor Acceptance Corporation
P.O. Box 660366
Dallas, TX 75266-0366

2.      Since the entry of the Stipulation, a total of $5,927.12, became due through October 1, 2021, of which $19,732.30 has been paid.  A delinquency of $3,709.44 remains as of October 22, 2021.  A payment history as of October 22, 2021 is attached, hereto as **Exhibit B**.

3.      Movant is entitled to relief from the automatic stay without further hearings because Debtor has failed to cure the delinquency in the Notice of Default, therefore failing to comply with the terms of the Stipulation. Debtor has been adequately notified of the default.

WHEREFORE, Movant requests that this Honorable Court enters the attached Order granting Movant relief from the automatic stay.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Nissan Motor Acceptance Corporation*

Dated:  October 27, 2021